Document 1

USCA4 Appeal: 06-1136 Doc: 1 Filed: 01/31/2006 Pg: 1 of 2

```
                    UNITED STATES COURT OF APPEALS
                         FOR THE FOURTH CIRCUIT

                            January 31, 2006
```

**NOTICE OF APPELLATE CASE OPENING**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FOURTH CIRCUIT INFORMATION**
---------------------------

**Court of Appeals Case #:**  6-1136

**Short Caption:**  America Online Inc v. Brown

**Date NOA Received 4CCA:**  1/23/06

**Case Manager:**  Michael Radday


**DISTRICT COURT INFORMATION**
--------------------------

**Division:**  Eastern District of Virginia at Alexandria

**District Court Case Number(s):**

1:04-cv-01498-GBL

**Date NOA Filed in District Court:**  1/19/06